NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1198
(Cancellation No. 92/025,162)

LEO STOLLER,

Appellant,

v.

THE SOCIETY FOR THE PREVENTION OF TRADEMARK ABUSE LLC,
(substituted for Central Mfg. Co.),

Appellee,

and

CARDIOTRONICS,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

-------------------------------------------------------------------------

2009-1199
(Opposition No. 91/177,017)

LEO STOLLER,

Appellant,

v.

THE SOCIETY FOR THE PREVENTION OF TRADEMARK ABUSE LLC,
(substituted for Central Mfg. Co.),

Appellee,

and

SALT PRODUCTION, INC.,

Appellee.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

2009-1200
(Opposition No. 91/115,719)

LEO STOLLER,

Appellant,

v.

THE SOCIETY FOR THE PREVENTION OF TRADEMARK ABUSE LLC, (substituted for Central Mfg. Co.),

Appellee,

and

DECK AMERICA, INC.,

Appellee.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

2009-1201
(Cancellation No. 92/024,940)

LEO STOLLER,

Appellant,

v.

THE SOCIETY FOR THE PREVENTION OF TRADEMARK ABUSE LLC, (substituted for Central Mfg. Co.),

Appellee,

and

INTELLIGENCE QUOTIENT INTERNATIONAL LIMITED,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

-----------------------------------------------------------------------

2009-1202
(Opposition No. 91/172,150)

LEO STOLLER,

Appellant,

v.

THE SOCIETY FOR THE PREVENTION OF TRADEMARK ABUSE LLC,
(substituted for Central Mfg. Co.),

Appellee,

and

MATTHEW MONTOYA, JOHN AHERN, JOSE LISCANO,
HECTOR SALDIVAR, and ADRIAN GARCIA,

Appellees.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

-----------------------------------------------------------------------

2009-1203
(Opposition No. 91/170,957)

LEO STOLLER,

Appellant,

v.

THE SOCIETY FOR THE PREVENTION OF TRADEMARK ABUSE LLC,
(substituted for Central Mfg. Co.),

Appellee,

and

HEPA CORPORATION,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

---

2009-1204
(Opposition No. 91/162,592)

LEO STOLLER,

Appellant,

v.

THE SOCIETY FOR THE PREVENTION OF TRADEMARK ABUSE LLC,
(substituted for Central Mfg. Co.),

Appellee,

and

EDWIN K. STEPHENS,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

---

2009-1205
(Opposition No. 91/158,263)

LEO STOLLER,

Appellant,

v.

THE SOCIETY FOR THE PREVENTION OF TRADEMARK ABUSE LLC,

(substituted for Central Mfg. Co.),

Appellee,

and

STEALTH, LTD.,

Appellee.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

--------------------------------------------------------------------------------

2009-1206
(Opposition No. 91/125,818)

LEO STOLLER,

Appellant,

v.

THE SOCIETY FOR THE PREVENTION OF TRADEMARK ABUSE LLC,
(substituted for Central Mfg. Co.),

Appellee,

and

BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM,

Appellee.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

ON MOTION

Before GAJARSA, FRIEDMAN, and LINN, Circuit Judges.

PER CURIAM.

O R D E R

The Society for the Prevention of Trademark Abuse LLC moves to dismiss each of the nine above-captioned appeals. Stealth, Ltd. joins the motion to dismiss appeal no. 2009-1205 and the Board of Regents, The University of Texas System joins the motion to dismiss appeal no. 2009-1206. Leo Stoller moves for an extension of time to respond to the motions to dismiss and submits oppositions to the dismissal motions.

The court notes that Stoller has not paid the filing fee for any of the above-captioned appeals. In addition, the court determines, based on in forma pauperis motions submitted by Stoller in two contemporaneous appeals, nos. 2009-1187 and 2009-1189, that Stoller is not eligible to proceed in forma pauperis in these appeals. Because the fee has not been paid and Stoller is not eligible to proceed in forma pauperis, the appeals are dismissed.

Accordingly,

IT IS ORDERED THAT:

(1)    The appeals are dismissed.

(2)    All pending motions are moot.

(3)    All sides shall bear their own costs.

FOR THE COURT

MAY - 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY -5 2009

JAN HORBALY
CLERK

cc:    Leo Stoller
       Lance G. Johnson, Esq.
       Celine M. Jimenez Crowson, Esq.
       Percy Devine, III, Esq.
       Maurice U. Cahn, Esq.
       Nancy M. Battel, Esq.

Matthew Montoya
Louis J. Bachand, Esq.
Jerome J. Norris, Esq.
Kelly M. Young, Esq.
Louis T. Pirkey, Esq.

s17